IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY P. GREENE,<br>    Plaintiff, | :<br>:<br>: |
| vs. | : CIVIL ACTION 16-0215-WS-MU<br>: |
| SGT. RICHARD, *et al.*,<br>Defendants. | :<br>:<br>: |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants', Sergeant Richard Williams and Officer Harry Milbrath, Motion for Summary Judgment is **GRANTED** and the claims presented by the Plaintiff Gary P. Greene, are **DISMISSED** with prejudice.

**DONE** this 17th day of July, 2017.

                                             s/WILLIAM H. STEELE
                                             **UNITED STATES DISTRICT JUDGE**