IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY P. GREENE,<br>    Plaintiff, | :<br>:<br>: |
| vs. | :   CIVIL ACTION 16-0215-WS-MU<br>: |
| SGT. RICHARD, *et al*.,<br>    Defendants. | :<br>:<br>: |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Gary P. Greene, recover nothing and the claims made against Defendants Sergeant Richard Williams and Officer Harry Milbrath are hereby **DISMISSED** with prejudice.

**DONE** this 17th day of July, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**